**RECEIVED**

NOV 2 8 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TOMMY SCULLY<br>on behalf of minor child T.S. | CIVIL ACTION NO. 6:10-cv-01611 |
| VERSUS | JUDGE DOHERTY |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **REVERSED** and **REMANDED** for consideration of updated medical, mental health, and school records and for a determination of whether the claimant meets or equals the listings for mental retardation, organic mental disorders, or personality disorders, consistent with the report and recommendation.

Lafayette, Louisiana, this 28 day of November, 2011.

Rebecca F. Doherty
United States District Judge